AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Melancon, Tucker L. | **2. Court or Organization**<br><br>USDC for W District of LA | **3. Date of Report**<br><br>8/4/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Senior Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

915 Lafayette Blvd
Suite 335
Brien, McMahon Federal Building
Bridgeport, CT 06604

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 8/4/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2013 | New York Life Insurance Company - Annuity | $26,320.20 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed/Sculptor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 8/4/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 8/4/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock Life Insurance Co of Alabama | A | Dividend | J | T | | | | | |
| 2. Working Interest - Ark-LA-Tex, DeSoto Parish, LA (Y) | | None | | | Merged (with line 15) | 9/1/12 | J | A | BMR - See Note 1 |
| 3. Royalty Int-Berry Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 4. Royalty Int-Silver Oak, DeSoto Parish, LA | B | Royalty | J | W | | | | | |
| 5. Royalty Int-Shell Western E&P, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 6. Royalty Int-Encana O&G Inc, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 7. Royalty Int-Chesapeake Op Inc, Desoto Parish, LA | C | Royalty | J | W | | | | | |
| 8. Royalty Int-Petrohawk Energy Co, DeSoto Parish, LA | D | Royalty | J | W | | | | | |
| 9. Ally Bank IRA (TLM): | | | | | | | | | |
| 10. -Hi Yield CD | B | Interest | M | T | | | | | |
| 11. Chase Retirement Acct (DKM): | | | | | | | | | |
| 12. -Transamerica Life Ins Annuity (IRA) | | None | L | T | | | | | |
| 13. Capital One Savings (DKM/TLM) | A | Int./Div. | | | | 01/01/13 | L | | See Note 2 |
| 14. Ally Bank (DKM/TLM) Savings Accounts | B | Interest | M | T | | | | | |
| 15. Working Interest - BMR, DeSoto Parish, LA (X) | | None | J | T | Buy | 9/1/12 | J | | BMR - See Note 1 |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 8/4/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#1

Part VII - Investments and Trusts

Judge Melancon was informed on July 1, 2014, that the working interest listed on Line 2 - Ark-LA-Tex, was taken over by another company, BMR, on 9/1/2012. The change in ownership was not disclosed until July 1, 2014 so this transfer was not reported on the 2012 report. No money was exchanged and there are no gains, losses, or distributions to report by either company or by Judge Melancon. The well in which Judge Melancon owns a working interest is now operated by BMR, is reported on Line 15 in Part VII.

#2

Part VII - Investments and Trusts

Line 13 and 14

The Capital One Savings account reported on Line 13 has been closed and the funds deposited in the Ally Bank savings account reported on Line 14.

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 8/4/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tucker L. Melancon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544